# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WALKER MILL BAPTIST CHURCH** | * | |
| **Plaintiff** | * | |
| | | Civ. No.  DLB-23-563 |
| **v.** | * | |
| **SENTINEL INSURANCE CO. LIMITED** | * | |
| **Defendant** | * | |

## SETTLEMENT ORDER
## (LOCAL RULE 111)

The parties have advised this Court that they have settled the above action, including all counterclaims, cross-claims and third-party claims, if any.  Accordingly, pursuant to Local Rule 111 it is ORDERED that:

This action is hereby dismissed, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within thirty (30) days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice.

Dated: April 4, 2024

/S/
Deborah L. Boardman
United States District Judge